IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                            CRIMINAL NO. 5:06cr22DCB-JCS

ALAN M. MARSAW

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Indictment against ALAN M. MARSAW, without prejudice.

                                               DUNN LAMPTON
                                               United States Attorney

                         By:    s/ Harold H. Brittain
                                               HAROLD H. BRITTAIN
                                               Assistant U.S. Attorney
                                               MS Bar No. 4556

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

ORDERED this __8th__ day of September, 2006.

                                               s/ David Bramlette
                                           UNITED STATES DISTRICT JUDGE